1
2
   Attorneys for Plaintiff, Estate of Catherine Bussiculo
3
4
5
6
7
8
9                        UNITED STATES DISTRICT COURT
10                       NORTHERN DISTRICT OF CALIFORNIA
11

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case Specific Number: C 06 2998 CRB<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| Plaintiff Name(s), Estate of Catherine Bussiculo<br><br>          Plaintiffs,<br><br>     vs.<br><br>Pfizer, Inc., et al.<br>          Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, ESTATE OF CATHERINE BUSSICULO, and Defendants, PFIZER, INC., et al. by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: January 17, 2009    By: _____
                                Peter L. Kaufman
                                Attorneys for Plaintiff,
                                Estate of Catherine Bussiculo

-2-

1

2   DATED: August 6, 2009        GORDON & REES

3
                                      /s/
4                          By:_____
                               Stuart M. Gordon
5                              Attorneys for Defendants

6

7
    **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
8   IT IS SO ORDERED.**

9

10  Dated: AUG 1 7 2009
                                 _____
11                               Hon. Charles R. Breyer
                                 United States District Court

12

-3-

PFZR/1035934/6190655v.1

**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE**